UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JAMES PRATT, CARLA MURRAY, and ERIK GRIFFIN,<br><br>        Plaintiffs,<br><br>    v.<br><br>THE ILLINOIS DEPARTMENT OF CORRECTIONS and TERRY MCCANN, Individually,<br><br>        Defendants. | Case No. 06-cv-847-JPG |

## MEMORANDUM AND ORDER

**GILBERT, District Judge:**

This matter comes before the Court on defendants' motion to sever (Doc. 20). The plaintiffs have filed a brief in opposition to defendants' motion (doc. 21), and defendants have filed a reply (Doc. 22). Having reviewed the briefs and the record in this case, the Court finds that severing this action now is inappropriate. The Court will consider, however, separating the individual plaintiffs' cases for trial pursuant to Federal Rule of Civil Procedure 42.

The Court hereby **DENIES** the Defendants' motion to sever (Doc. 20).

**IT IS SO ORDERED.**

**DATED: August 23, 2007**

　　　　　　　　　　　　　　　　　　　　　　　　　　 s/ J. Phil Gilbert
　　　　　　　　　　　　　　　　　　　　　　　　　**J. PHIL GILBERT**
　　　　　　　　　　　　　　　　　　　　　　　　　**DISTRICT JUDGE**