UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JAMES PRATT, CARLA MURRAY, and ERIC GRIFFIN,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>ILLINOIS DEPARTMENT OF CORRECTIONS and TERRY MCCANN, individually,<br><br>　　　　Defendants. | Case No. 06-cv-847-JPG |

## **JUDGMENT**

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

**IT IS HEREBY ORDERED AND ADJUDGED** that all claims against the defendant Terry McCann are dismissed with prejudice.

**IT IS FURTHER ORDERED AND ADJUDGED** that judgment is entered in favor the of defendant Illinois Department of Corrections and against the plaintiffs James Pratt, Eric Griffin and Carla Murray on all claims and that the claims are dismissed with prejudice.

**DATED: December 11, 2007**　　　　　　　　**NORBERT JAWORSKI**

　　　　　　　　　　　　　　　　　　　　　　By:s/Deborah Agans,
　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk


**Approved:**　　s/ J. Phil Gilbert
　　　　　　　　**J. PHIL GILBERT**
　　　　　　　　**DISTRICT JUDGE**